# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

VIRGINIA KOSEL                                                                    PLAINTIFF

V.                                    No. 4:22-CV-892-KGB-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                    DEFENDANT

## RECOMMENDED DISPOSITION

This Recommended Disposition (Recommendation) has been sent to United States District Judge Kristine G. Baker. Either party may file written objections to this Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, parties may also waive the right to appeal questions of fact.

## I. Discussion

On September 28, 2022, Virginia Kosel ("Ms. Kosel") filed a Complaint requesting review of the Commissioner's denial of her Title II application for a period of disability and disability insurance benefits. *Doc. 2*. She also filed a Motion for Leave to proceed *in forma pauperis* ("IFP Motion"). *Doc. 1*.

In an Order dated September 30, 2022, I found that Ms. Kosel had not provided sufficient information in her IFP Motion for me to determine whether she was permitted to proceed *in forma pauperis*. Accordingly, I denied the IFP Motion and ordered Ms. Kosel to: "(1) submit a new *complete* IFP Motion; or (2) pay the $402 filing and administrative fee," within thirty (30) days. *Doc. 3* (emphasis in original). Importantly, the September 30 Order cautioned Ms. Kosel that if she did not timely comply with the Order, her provisionally filed Complaint may be summarily dismissed. *Id.*

Ms. Kosel has not complied with the September 30 Order, and the time to do so has passed. Accordingly, her Complaint should be dismissed, without prejudice, for failure to prosecute.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED that Ms. Kosel's Complaint (*Doc. 2*) be DISMISSED, without prejudice.

DATED this 2nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE