IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VIRGINIA KOSEL**                                                                                           **PLAINTIFF**

v.                                    **Case No. 4:22-cv-00892-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

### ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. Plaintiff Virginia Kosel's complaint is dismissed without prejudice (Dkt. No. 2). Judgment will be entered accordingly.

It is so ordered this the 6th day of March, 2023.

                                                   Kristine G. Baker
                                                   United States District Judge